NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TRACY GARRETT, DOC #T81805,                )
                                           )
           Appellant,                      )
                                           )
v.                                         )        Case No. 2D18-2016
                                           )
STATE OF FLORIDA,                          )
                                           )
           Appellee.                       )
                                           )
_____    )

Opinion filed December 6, 2019.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco, Judge.

Tracy J. Garrett, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Jonathan S. Tannen,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

           Affirmed.

KHOUZAM, C.J., and SALARIO and ROTHSTEIN-YOUAKIM, JJ., Concur.